PD-0366_0371-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 01 2015
Abel Acosta, Clerk

IN THE
TEXAS COURT OF CRIMINAL APPEALS

SAMUEL DELEON GARZA,              §       Trial Court Cause No.
        Appellant                         28,996 HUNT COUNTY, TEXAS
                                  §
v.
                                  §       Texarkana Court of Appeals
THE STATE OF TEXAS,               §       Case Number 06-14-00088-CR
        Appellee.                         through 06-14-00093-CR
                                  §

APPELLANT GARZA'S FIRST MOTION FOR EXTENSION OF
TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW Samuel Deleon Garza, Appellant pro se, and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review (PDR). In support thereof, he shows the following:

FILED IN
COURT OF CRIMINAL APPEALS
APR 01 2015
Abel Acosta, Clerk

I.

Appellant was convicted in the __196th__ District Court of Hunt County, Texas for the offense(s) of __(4) Assaults, (1) Burglary of Habitation, and (1) Obstruction/retaliation__ in Trial Cause No. 28,996, THE STATE OF TEXAS v. SAMUEL DELEON GARZA. Appellant appealed to the Texarkana Court of Appeals (Appellate Case Number 06-14-00088-CR through 06-14-00093-CR).

II.

The present deadline for filing the PDR is April 09th, 2015; the Texarkana Court of Appeals affirmed on March 10th, 2015.

III.

Appellant's request for an extension is based on **(1)** Appellant not being informed about the Court of Appeals affirming the case until March _26_, 2015, **(2)** Appellant's attempt, since learning about the Court of Appeals decision, to gain legal representation

for his PDR since, **(3)** Mr. Jason A. Duff (Appellant's appellate counsel) informed Appellant that he will **NOT** represent Appellant on the PDR.

WHEREFORE, Appellant prays this Court grants this motion and extend the deadline for filing the PDR in this appeal.

Respectfully submitted,

Samuel Deleon Garza
#1931428
Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

Pro se

## INMATE'S DECLARATION

I, Samuel Deleon Garza, TDCJ-CID #1931428, being presently incarcerated on the Michael Unit of the Texas Department of Criminal Justice in Anderson County, Texas, verify and declare under penalty of perjury that the foregoing statements are true and correct. Executed on this the _26_ day of March, 2015.

Samuel Deleon Garza

## CERTIFICATE OF SERVICE

I, Samuel Deleon Garza, TDCJ #1931428, certify that a true and correct copy of the foregoing pleading was placed in the mailbox on the Michael Unit, postage pre-paid, and addressed to:

Samuel Deleon Garza

March _26_, 2015

Hunt County District Attorney
Mr. Noble D. Walker, Jr.
Hunt County Courthouse
P.O. BOX 441
Greenville, TX 75403-0441

-2-